UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC TREND FRIERSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NANCY A. BERRYHILL, Deputy Commissioner of Operations of Social Security,<br><br>　　　　　Defendant. | Case No. ED CV 17-02317-RAO<br><br>JUDGMENT |

In accordance with the Memorandum Opinion and Order issued concurrently herewith,

IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED with prejudice, and this action is dismissed.

DATE: August 31, 2018

_____
ROZELLA A. OLIVER
UNITED STATES MAGISTRATE JUDGE